IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

DEAN O'NEILL TOOLE

_____/

SEALED
INDICTMENT

3:22cr23-MCR

**THE GRAND JURY CHARGES:**

## COUNT ONE

Between on or about January 1, 2018, and on or about August 19, 2021, in the Northern District of Florida and elsewhere, the defendant,

**DEAN O'NEILL TOOLE,**

did knowingly and willfully combine, conspire, confederate, and agree with other persons, including Nhan Vo, a/k/a "Mike Vo," and Rogerray Dustin Cleckler to distribute and possess with intent to distribute a controlled substance, and this offense involved 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

Between on or about January 1, 2018, and on or about August 19, 2021, in the Northern District of Florida and elsewhere, the defendant,

FILED USDC FLND PN
APR 19 '22 PM4:06

Returned in open court pursuant to Rule 6(f)
Date 4/19/22
_____
United States Magistrate Judge

## DEAN O'NEILL TOOLE,

did knowingly and willfully combine, conspire, confederate, and agree with other persons including Nhan Vo, a/k/a "Mike Vo," to use a communication facility, to wit, telephone and cellular telephone facilities, in facilitating the commission of an act constituting a felony under Title 21, United States Code, Section 841(a)(1), in violation of Title 21, United States Code, Section 843(b).

All in violation of Title 21, United States Code, Section 846.

## CRIMINAL FORFEITURE

The allegations contained in Count One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

From the defendant's engagement in the violations alleged in Counts One and Two, punishable by imprisonment for more than one year, the defendant,

## DEAN O'NEILL TOOLE,

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), all of their interest in:

A. Property constituting or derived from any proceeds the defendants obtained directly or indirectly as the result of such violations.

B. Property used in any manner or part to commit or to facilitate the commission of such violations.

If any of the property subject to forfeiture as a result of any act or omission of the defendant:

    i.    cannot be located upon the exercise of due diligence;

    ii.    has been transferred or sold to, or deposited with, a third person;

    iii.    has been placed beyond the jurisdiction of this Court;

    iv.    has been substantially diminished in value; or

    v.    has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL:

███████████████

FOREPERSON

19 APR 2022
DATE

JASON R. COODY
United States Attorney

JEFFREY M. THARP
Assistant United States Attorney